■ SHEILA MASLIN, Appellant, v MARC MASLIN, Respondent. —Appeal by the plaintiff wife, as limited by her brief, from stated portions of an order of the Supreme Court, Nassau County, entered August 7, 1986.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Balletta. Lawrence, J. P., Eiber, Kunzeman and Sullivan, JJ., concur.